**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James M. Surowiec,           ) | No. CV-09-2153-PHX-DGC |
|    Plaintiff,                ) | **ORDER** |
| vs.                          ) | |
| Capital Title Agency, Inc., an Arizona corporation; and Scott Romley, ) | |
|    Defendants.               ) | |

Plaintiff has filed a timely motion for leave to file an amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Dkt. #18. Plaintiff wishes to amend the complaint to correct the residence of Scott Romley, to include an allegation that Romley was an employee of Capital Title Agency, and to assert a claim for breach of the covenant of good faith and fair dealing. *Id.* at 2, ¶ 3. No response has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(a), (d). The Court will grant the motion pursuant to Local Rule 7.2(i) and Federal Rule 15(a)(2).

**IT IS ORDERED:**

1. Plaintiff's motion for leave to file amended complaint (Dkt. #18) is **granted**.
2. The Clerk is directed to file the proposed amended complaint (Dkt. #19).

DATED this 29th day of March, 2010.

_____
David G. Campbell
United States District Judge